PROB 12A
(7/93)

# United States District Court

for the

Eastern District of Washington

Report on Offender Under Supervision
*(No Action Requested)*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
DEC 05 2005
JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Jimmy Dee Phillips          Case Number: 2:01CR00071-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, U.S. District Judge

Date of Original Sentence: 10/11/2001          Type of Supervision: Supervised Release

Original Offense: Distribution of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1); Distribution of Over 50 Grams of a Mixture of Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1); Conspiracy to Distribute Over 50 Gams of a Mixture of Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and 846; Felon in Possession of a Firearm, 18 U.S.C. § 922(g)

Date Supervision Commenced: 8/26/2005

Original Sentence: Prison - 60 Months;
TSR - 48 Months

Date Supervision Expires: 8/25/2009

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1    **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On November 2 and 10, 2005, Jimmy Phillips submitted urine specimens which were confirmed positive for marijuana. On November 3 and 22, 2005, Mr. Phillips admitted to consuming marijuana prior to submitting urine specimens on November 2 and 10, 2005.

**U.S. Probation Officer Action**:

Following the defendant's admission of marijuana consumption on November 3, 2005, he was referred to New Horizon Care Center for substance abuse counseling. Following the subsequent urinalysis specimen submitted by the defendant on November 10, 2005, it was brought to the undersigned officer's attention that the level of the positive result was consistent with continued drug use. Subsequently, the defendant met with the probation officer on November 22, 2005. At that time, it was made very clear to Mr. Phillips if he chooses to continue consuming illicit substances, the undersigned officer will request official action from the Court.

Prob12A
Re: Phillips, Jimmy Dee
November 22, 2005
Page 2

Contact with the defendant's substance abuse counselor reveals that the defendant appears to be amenable to treatment, and is still in the initial process of the program. At this time, it is recommended that the defendant be permitted to continue on supervised release pending his compliance.

Respectfully submitted,

by _____
Richard B. Law
U.S. Probation Officer
Date: November 22, 2005

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

_____
Signature of Judicial Officer

December 2, 2005
Date