PROB 12B
(7/93)

Report Date: February 10, 2006

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

FEB 14 2006

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Jimmy Dee Phillips        Case Number: 2:01CR00071-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 10/11/2001        Type of Supervision: Supervised Release

Original Offense: Distribution of a mixture        Date Supervision Commenced: 8/26/2005
Containing Methamphetamine, 21 U.S.C. § 841(a)(1);
Distribution of Over 50 Grams of a Mixture
Containing Methamphetamine, 21 U.S.C. § 841(a)(1);
Felon in Possession of a Firearm, 18 U.S.C. § 922(g)

Original Sentence: Prison - 60 Months; TSR - 48        Date Supervision Expires: 8/25/2009
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

> You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

On January 9, 2006, Mr. Phillips submitted a urine sample which tested presumptive positive for marijuana. The defendant admitted to using marijuana on January 7, 2006, and acknowledged having a substance abuse problem. As a corrective measure, the defendant has agreed to comply with a substance abuse evaluation and follow through with any recommended treatment. In addition, recent 9th Circuit case law requires the Court to specify a specific number of urine tests to be set. Enclosed is a waiver signed by the defendant agreeing to the above modification of his conditions of supervised release.

Respectfully submitted,

by  *[signature]*

Jose Vargas
U.S. Probation Officer
Date: February 10, 2006

Prob 12B
**Re: Phillips, Jimmy Dee
February 10, 2006
Page 2**

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

*February 13, 2006*
Date