```
                    UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF WASHINGTON
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>JIMMY DEE PHILLIPS,<br><br>            Defendant. | NO. NO. CR-01-71-FVS<br><br>ORDER DENYING MOTION TO MODIFY SUPERVISED RELEASE CONDITIONS<br>**(Ct Rec. 91)** |

On April 21, 2008, this court held a bail review hearing. Alexander Ekstrom appeared for the government and the defendant was present with counsel, Diane Hehir.

The defendant moved the Court for a modification of his supervised release conditions.

The government argued against any change in defendant's conditions of release.

U.S. Probation Officer Jose Vargas testified and was cross examined.

The Court denied Defendant's motion for modification of supervised release conditions **(Ct Rec. 91)** with leave to renew upon a showing of changed circumstances.

**IT IS SO ORDERED.**

DATED this 21st day of April, 2008.

                                              s/James P. Hutton
                                              JAMES P. HUTTON
                                  United States Magistrate Judge